IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OLD REPUBLIC LIFE INSURANCE, AS SUBROGEE OF RICHARD SANFORD | § § § § | |
| v. | § § | CIVIL ACTION 4:15-CV-357-ALM |
| CARROLL FULMER LOGISTICS CORPORATION AND ANTHONY BRYANT | § § § § | JURY |

ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

GRANTS the motion and dismisses the case with prejudice.

**SIGNED this 25th day of May, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE